IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

RICKY ARCHER                                                              PETITIONER

V.                                                                NO. 4:15-CV-00101-SA-RP

MARSHALL L. FISHER and THE ATTORNEY GENERAL
OF THE STATE OF MISSISSIPPI                                          RESPONDENTS

## ORDER DENYING CERTIFICATE OF APPEALABILITY

Before the Court is the petitioner's motion for a certificate of appealability ("COA") from the denial of his federal habeas petition. Doc. # 24. The Court denied a COA at the time it entered a final judgment in this matter. *See* Doc. #s 20, 21. Petitioner presents nothing in the instant motion that warrants a departure from the Court's prior ruling.[1] Accordingly, the petitioner's motion [24] for a COA is DENIED.

SO ORDERED, this the 20th day of October, 2020.

/s/ Sharion Aycock
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF MISSISSIPPI

---

[1] The Court further notes that the instant motion was filed more than four years after entry of final judgment in this case. Moreover, the petitioner now appears to assert a claim for ineffective assistance of counsel, a claim which he did not raise in the aforementioned federal habeas petition.